KENNETH C. ABSALOM (SBN 114607)
kenabsalom@333law.com
JAMES J. ACHERMANN (SBN 262514)
james.achermann@333law.com
LAW OFFICE OF KENNETH C. ABSALOM
275 Battery Street, Suite 200
San Francisco, Ca. 94111
Tel: 415-392-5040
Fax: 415-392-3729

ROBERT RUSSELL (4725123)
Younkins & Schecter, LLP
420 Lexington Avenue, Suite 2050
New York, New York 10170
TEL: 508-762-6188

Attorneys For Plaintiff
PATRICIA PARIS-ABSALOM

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA PARIS-ABSALOM, | Case No.: CV11-0610 (RRM) (ALC) |
| Plaintiff, | NOTICE OF CHANGE OF ADDRESS AND NAME OF LAW FIRM |
| vs. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant | |

Please take notice that, as of November 1, 2011, Kenneth C. Absalom, attorney for Plaintiff PATRICIA PARIS-ABSALOM, has changed his address and the name of his law firm for service of notices and all documents in the above-captioned action.

The new address is as follows:

> Law Office of Kenneth C. Absalom
> 275 Battery Street, Suite 200
> San Francisco, CA. 94111
> Tel 415-392-5040
> Email: Kenabsalom@333law.com

Dated:  November 16, 2011                     LAW OFFICE OF KENNETH C. ABSALOM

/S/ Kenneth C. Absalom
Kenneth C. Absalom
Attorney for Plaintiff