UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
PATRICIA PARIS-ABSALOM,   Case No. 11-cv-0610 (RRM) (ALC)
           Plaintiff,

   -against-

AETNA LIFE INSURANCE COMPANY,
           Defendant.
------------------------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒ I have cases pending       ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Michael H. Bernstein
FILL IN ATTORNEY NAME

My EDNY Bar Number is: MB 0579     My State Bar Number is _____

I am,

   ☒ An attorney
   ☐ A Government Agency attorney
   ☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sedgwick LLP
                 FIRM ADDRESS: 125 Broad Street, New York New York 10004
                 FIRM TELEPHONE NUMBER: 212-422-0202
                 FIRM FAX NUMBER: 212-422-0925

NEW FIRM:   FIRM NAME: Sedgwick LLP
                 FIRM ADDRESS: 225 Liberty Street, 28th Fl., New York, NY 10281
                 FIRM TELEPHONE NUMBER: 212-422-0202
                 FIRM FAX NUMBER: 212-422-0925

☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

Dated: 10/12/2012                          s/ _____
                                                 ATTORNEY'S SIGNATURE
                                                 Michael H. Bernstein



American LegalNet, Inc.
www.FormsWorkFlow.com

**CERTIFICATE OF SERVICE**

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via ECF on this 12th day of October, 2012, upon the following:

Robert Russell, Esq.
*Attorney for Plaintiff*
Law Office of Robert Russell
226 East 6th Street, #1A
New York, NY 10003
Tel: (508) 762-6188
Email: russell.robert.f@gmail.com

Kenneth Absalom, Esq.
*Counsel for Plaintiff Pro Hac Vice*
22 Battery Street, Suite 333
San Francisco CA 94111- 5514

s/
Michael H. Bernstein

Dated: New York, New York
October 12, 2012